IN THE UNITED STATES DISTRICT COURT
NIORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMIE HOWARD, | ) | |
| | ) | |
| Plaintiff | ) | Cause No.: 4:18-cv-62 |
| | ) | |
| vs. | ) | |
| | ) | |
| CARROLS, LLC d/b/a BURGER KING, | ) | |
| | ) | |
| Defendant | ) | |

PLAINTIFF'S COMPLAINT FOR DAMAGES
AND REQUEST FOR JURY TRIAL

Comes now Plaintiff, Jamie Howard, by counsel, and as her Complaint for Damages

against Defendant, Carrols, LLC d/b/a Burger King, states as follows:

PARTIES, JURISDICTION AND VENUE

1.  Plaintiff, Jamie Howard, is a resident of Tippecanoe County in the State of Indiana

and an employee of Defendant.

2.  Defendant, Carrols, LLC d/b/a Burger King (hereinafter referred to as "Burger King"),

is an employer as defined by 42 U.S.C. § 2000e(b), which conducts business in the State of

Indiana.

3. Ms. Howard filed a Charge of Discrimination (Charge 470-2017-02786) with the

Equal Employment Opportunity Commission on or about August 28, 2017, *inter alia*, that

Defendant had violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e

*et seq*.

4.  The Equal Employment Opportunity Commission issued to Ms. Howard a 90-day

Right to Sue letter on May 30, 2018.

5.  Ms. Howard invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

6.  Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

7.  Plaintiff, an African-American female who was pregnant and employed by the Defendant to work its drive through window.

8.  Ms. Howard's manager, Kerry Swisher, created a hostile work environment for the Plaintiff by bumping in to the Plaintiff, denying Plaintiff breaks, refusing Plaintiff a glass of water, denying Plaintiff access to the restroom and generally treating her in a rude and disrespectful manner.

9.  Plaintiff raised her concerns with Defendant's corporate headquarters, but nothing was done to address her supervisor's treatment of her.

10. Defendant's actions caused Plaintiff undue stress during her pregnancy.

11.  Defendant's actions were so severe and pervasive that Plaintiff was constructively discharged on or about June 14, 2017.

**Count I**
**Title VII Race**

12.  Plaintiff incorporates by reference Paragraphs one through eleven (11) above.

13.  Defendant discriminated against Ms. Howard on the basis of her race when it created a hostile work environment for Ms. Howard.

14.  Similarly situated white employees were treated more favorably than Plaintiff.

15. Ms. Howard's race was the motivating factor in treating Ms. Howard less favorably than other employees and thereby constructively terminating her employment.

16. These actions violated Ms. Howard's rights and were in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*.

17. As a result of the foregoing, Ms. Howard has sustained damages including, but not limited to, lost wages and benefits, emotional suffering, anguish, embarrassment and humiliation.

18. As a result of Defendant's actions, Ms. Howard has incurred attorney fees and costs.

19. Defendant's actions were done with malice or willful reckless disregard to Ms. Howard's rights.

WHEREFORE, Plaintiff prays for judgment against Defendant, an award of damages sufficient to compensate Plaintiff for her injuries, including lost pay and benefits, compensatory damages, punitive damages, and for an award of Plaintiff's attorney fees and costs incurred and for all other appropriate relief.

## Count II
## §1981

20. Plaintiff incorporates by reference Paragraphs one (1) through nineteen (19) above.

21. Defendants discriminated against Ms. Howard on the basis of her race when it created a hostile work environment for the Plaintiff and constructively terminated her employment.

22. Ms. Howard' race was the motivating factor in Defendant's decision to terminate her employment.

23. Ms. Howard was treated less favorably than similarly situated white employees.

24. These actions were in violation of 42 U.S.C. § 1981.

25. As a result of the foregoing, Ms. Howard has sustained damages including, but not limited to, lost wages and benefits, emotional suffering, anguish, embarrassment and humiliation.

26. As a result of Defendant's actions, Ms. Howard has incurred attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendants, an award of damages sufficient to compensate Plaintiff for his injuries, including lost pay and benefits, compensatory damages, and for an award of Plaintiff's attorney fees and costs incurred herein, and for all other appropriate relief.

### Count III
### Pregnancy

27. Plaintiff incorporates by reference paragraphs one (1) through twenty-six (26) above.

28. Defendant discriminated against Ms. Howard on the basis of her being pregnant.

29. Ms. Howard' being pregnant was a motivating factor in Defendant's treatment of her which led to the constructive discharge of her employment.

30. The hostile work environment Ms. Howard was subjected to, and the termination of her employment, was in violation of The Pregnancy Discrimination Act of 1978 and Title VII of the Civil Rights Act of 1964.

31. As a result of the foregoing, Ms. Howard has sustained damages including, but not limited to, lost wages and benefits, emotional suffering, anguish, embarrassment and humiliation.

32. As a result of Defendant's actions, Ms. Howard has incurred attorney fees and costs.

33. Defendant's actions were done with malice or willful reckless disregard to Ms. Howard' rights.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of back pay, job reinstatement, compensatory damages, punitive damages, reasonable attorney fees, costs and all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE


/s/ Paul J. Cummings
David M. Henn, 18002-49
Paul J. Cummings, 22714-41


REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.


Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE


/s/ Paul J. Cummings
David M. Henn, 18002-49
Paul J. Cummings, 22713-41


HENN HAWORTH CUMMINGS & PAGE
1634 West Smith Valley Road, Suite B
Greenwood, IN  46142
(317) 885-0041;
(888) 308-6503 Fax